THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JONES, Appellant.

Contrary to the defendant's contention, a review of the record reveals no basis on which to challenge the competency of the defendant at the time of his guilty plea (see, People v Riginio, 168 AD2d 693; People v Harrington, 163 AD2d 327). Moreover, since the defendant, at the time of that plea, made a knowing, intelligent and voluntary waiver of his right to appeal, the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD KIEL, Appellant.

Mangano, P. J., Kunzeman, Harwood, Lawrence and Miller, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAWN KITTELL, Appellant.

Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.